IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LENNON HOBART BURNS,

      Appellant,

v.                                                                          Case No.  5D15-4530

DEPARTMENT OF REVENUE
AND ALICIA MARIE HAGEN,

      Appellee.

_____/

Opinion filed July 29, 2016

Administrative Appeal from the
Department of Revenue.

Lennon Hobart Burns, Citrus Springs,
pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Toni C. Bernstein, Senior
Assistant Attorney General, Tallahassee,
for Appellee.

ON CONFESSION OF ERROR

PER CURIAM.

      Pursuant to the Notice of Confession of Error filed by the Department of Revenue,

we reverse the Final Modified Administrative Support Order, dated December 15, 2015,

and remand for further proceedings.


      REVERSED and REMANDED.


PALMER, EVANDER, and BERGER, JJ., concur.